# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| DIXON VENTURES, INC., | |
| Plaintiff, | Case No. 4:20-cv-01518-KGB |
| v. | Judge Kristine G. Baker |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*, | |
| Defendants. | |

## NOTICE

Defendants respectfully notify the Court that on August 3, 2021, the Centers for Disease Control and Prevention issued a new order entitled "Temporary Halt in Residential Evictions in Communities with Substantial or High Levels of Community Transmission of COVID-19 to Prevent the Further Spread of COVID-19." *See* https://go.usa.gov/xF5yV. The new order, which applies through October 3, 2021, applies only in communities experiencing high or substantial community spread.

In light of Plaintiffs' apparent abandonment of this action, *see* Defs.' Notice, ECF No. 20, Defendants maintain that it would be appropriate for this Court to issue an order directing Plaintiff to show cause why this action should not be dismissed for failure to prosecute. Nevertheless, if Plaintiff wishes to file an amended complaint challenging the new order, Defendants stand ready to litigate this case on a schedule acceptable to the Court.

Dated: August 3, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

1

*/s/ Steven A. Myers*
STEVEN A. MYERS
Senior Trial Counsel (NY Bar No. 4823043)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel:  (202) 305-8648
Fax:  (202) 616-8470
E-mail:  steven.a.myers@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify I served this document today by filing it using the Court's CM/ECF system, which will automatically notify all counsel of record.

Dated: August 3, 2021

                                             */s/ Steven A. Myers*
                                             Steven A. Myers