IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DIXON VENTURES, INC.**                                                                                            **PLAINTIFF**

v.                                     Case No. **4:20-cv-01518-KGB**

**DEPARTMENT OF HEALTH AND
HUMAN SERVICES,** *et al.*                                                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Dixon Ventures, Inc.'s complaint is dismissed without prejudice (Dkt. No. 1). The Court denies the requested relief.

It is so adjudged this 19th day of January, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge